UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
Tomas Fuentes,

        Plaintiff,

                               CV 10-146 (NGG)

   -against-

                                **ORDER**

Commissioner of Social Security,

        Defendant.
----------------------------------X

GARAUFIS, District Judge.

    Plaintiff initiated this action by filing a complaint on **January 4, 2010.**

  The parties are directed to adhere to the following policies, which the Board of Judges has adopted for expediting the disposition of Social Security cases.

    Defendant will promptly obtain and file the administrative record of the proceedings below and will file its answer by **June 18, 2010**. If the defendant is unable to file its responsive papers timely, it will notify the Court in writing. Such notification shall include a request for an extension to a date certain and show good cause for the extension. In addition, the notification shall show the date the administrative record was requested and whether or not it has been received. The defendant will move for judgment on the pleadings, unless otherwise directed by the Court, sixty(60) days after filing its answer or by **August 20, 2010**. Plaintiff's

response papers will be filed within thirty days, or by **September 22 , 2010.** The motion will be decided on the submissions.

The plaintiff's ***in forma pauperis*** application is **granted** and the Clerk of the Court is directed to forward to the United States Marshal's Office for the Eastern District of New York copies of plaintiff's summons and complaint. The Marshal is directed to serve the summons and complaint upon the defendant(s) without prepayment of fees. Defendant(s) are directed to submit an answer to the complaint.

SO ORDERED.

Dated: Brooklyn, New York
       May 10, 2010

                              /S/
                    _____
                    NICHOLAS G.  GARAUFIS
                    United States District Judge